IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-41077
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JAIME ALEJANDRO CORPUS-GONZALEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 00-41077
--------------------
April 12, 2001

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

    Jaime Alejandro Corpus-Gonzalez argues that the district
court erred in imposing an enhanced sentence based on his prior
aggravated felony conviction, which was not alleged in the
indictment.  He argues that his prior convictions were an element
of the offense and not merely a sentence enhancement factor.

    Corpus concedes that his argument is foreclosed by
Almendarez-Torres v. United States, 523 U.S. 224 (1998), but he
seeks to preserve the issue for possible Supreme Court review in
light of Apprendi v. New Jersey, 530 U.S. 466, 120 S. Ct. 2348

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

(2000). <u>Apprendi</u> did not overrule <u>Almendarez-Torres</u>. <u>See</u> <u>Apprendi</u>, 120 S. Ct. at 2361-62 & n.15; <u>see also</u> <u>United States v. Dabeit</u>, 231 F.3d 979, 984 (5th Cir. 2000), <u>cert. denied</u>, 121 S. Ct. 1214 (2001).

As Corpus' arguments on appeal are foreclosed, he has failed to show that the district court committed error in imposing sentence. Corpus' judgment of conviction is AFFIRMED.